# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:20-CR-00051-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| SAMUEL LAMONT HARRIS JR., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on remand from the United States Court of Appeals for the Fourth Circuit. (Doc. No. 35).

The United States Court of Appeals for the Fourth Circuit vacated the two conditions of supervised release challenged by the Defendant on appeal and remanded the matter for further proceedings. *Id*. The challenged conditions required the Defendant to provide access to any financial information requested by a probation officer and to seek authorization before obtaining extensions of credit. *Id*. The challenged conditions are no longer included in the Court's Discretionary Conditions, and the Court no longer believes that the two challenged conditions are necessary or appropriate.

**IT IS THEREFORE ORDERED** that an amended judgment shall be issued modifying the conditions of supervised release to remove:

No. 22 – "The defendant shall provide access to any financial information as requested by the probation officer and shall authorize the release of any financial information with the U.S. Attorney's Office."

No. 23 – "The defendant shall not seek any extension of credit (including, but not limited to, credit card account, bank loan, personal loan) unless authorized to do so in advance by the probation officer."

The Clerk is directed to certify copies of this order to the Defendant, counsel for the Defendant, to the United States Attorney, the United States Probation Office, and the Clerk of Court for the United States Court of Appeals for the Fourth Circuit.

**SO ORDERED.**

Signed: February 9, 2022

Kenneth D. Bell
United States District Judge